# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CONNIE MARIE STAGGS**                                    **PLAINTIFF**

**V.**                 **NO. 1:16CV00118-JTR**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                       **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 13th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE